UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
RYAN O'DELL,                                                        :
                                                                    :
                              Plaintiff,                            :
                                                                    :        22 Civ. 2139 (JPC)
              -v-                                                    :
                                                                    :        ORDER
MARK PINCUS *et al.*,                                               :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint on March 15, 2022, but the docket reflects that the Complaint was never served on Defendants.  Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed.

      Plaintiff must file a letter advising the Court why Plaintiff has failed to serve the summons and complaint within the 90-day period, or, if any Defendant has been served, when and in what manner such service was made.  If the Court does not receive a letter by August 18, 2022, showing good cause why such service was not made within the 90 days, the Court will dismiss the case.

      SO ORDERED.

Dated: August 11, 2022
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge